Joseph Panvini (028359)
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
602-388-8875
866-317-2674 facsimile
jpanvini@consumerlawinfo.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Diana Medina, | ) | Case No. 2:14-cv-01661-MHB |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF'S MOTION FOR** |
| | ) | **DEFAULT JUDGMENT AGAINST** |
| vs. | ) | **DEFENDANT OXFORD LAW, LLC** |
| | ) | |
| Oxford Law, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, Diana Medina, respectfully moves this Honorable Court for an Order of Default Judgment against Defendant, Oxford Law, LLC ("Defendant"), as provided by Rule 55(b) of the Federal Rules of Civil Procedure, in the amount of $4,733.00, based upon the Declaration of Plaintiff's counsel, Joseph Panvini attached hereto, and for the reasons set forth below.  Plaintiff asks that judgment bear interest at the judgment rate from the date of entry until paid, as well as any additional relief this court deems necessary and proper.  Plaintiff does not request a hearing on damages.

This Court should enter Default Judgment against Defendant, and in favor of Plaintiff, because:

1. The Clerk of this Court entered Default against Defendant on January 6, 2015 (Doc. 8).

2.   Defendant has not appeared in this action, and is not entitled to notice of this Motion for Default Judgment, although same is being provided.

3.   The Complaint in this action sets out a valid claim for damages under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692(k)(a)(2)(A).  By virtue of the entry of Default on January 6, 2015, Defendant may not challenge any of the factual allegations supporting those claims.

4.   Defendant is neither an infant, nor an incompetent person, within the meaning of Rule 55(a) of the Federal Rules of Civil Procedure.

5.   Defendant is not currently serving in the military as defined in the Servicemembers Civil Relief Act.

6.   This motion is based upon all pleadings and papers on file in this action, the Clerk's Entry of Default, the attached declaration, and whatever other evidence the Court requests.

Accordingly, Plaintiff moves for default judgment against Defendant in the amount of $4,733.00, comprising statutory damages in the amount of $1,000.00 in accordance with 15 U.S.C. § 1692(k)(a)(2)(A), $3,200.00 in reasonable attorney's fees and court costs in the amount of $533.00 in accordance with 15 U.S.C. § 1692(k)(a)(3).

Dated: March 3, 2015.

Respectfully Submitted,

s/Joseph Panvini
Joseph Panvini (028359)
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
602-388-8875
866-317-2674 facsimile
jpanvini@consumerlawinfo.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that on March 3, 2015, I electronically filed Plaintiff's Motion for Default Judgment with the clerk of the U.S. District Court of Arizona using the electronic case filing system of the court. I further certify that on March 3, 2015, a copy of the foregoing was served on Defendant, Oxford Law, LLC, via U.S. Mail as follows:

Oxford Law, LLC
P.O. Box 18806
Philadelphia PA 19119

s/Joseph Panvini
Joseph Panvini