## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Diana Medina, | ) | CV-14-01661-PHX-MHB |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION** |
| | ) | **FOR DEFAULT JUDGMENT** |
| vs. | ) | |
| | ) | |
| Oxford Law, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

This action having been commenced on July 23, 2014 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint being served on Defendant, Oxford Law, LLC ("Defendant"), and proof of service having been filed, and Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is:

ORDERED, ADJUDGED AND DECREED: That for the reasons set forth in Plaintiff's motion for default judgment and supporting materials, the Plaintiff have judgment against Defendant in the amount of $4,733.00, statutory damages in the amount of $1,000.00 in accordance with 15 U.S.C. § 1692(k)(a)(2)(A), $3,200.00 in reasonable

///

///

attorney's fees and court costs in the amount of $533.00 in accordance with 15 U.S.C. § 1692(k)(a)(3).

Dated this 11th day of March, 2015.

*Stephen M. McNamee*
Senior United States District Judge